**Electronically Filed
Supreme Court
SCWC-12-0000117
17-FEB-2015
12:40 PM**

SCWC-12-0000117

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

JAMES J. PAPPAS,
Petitioner/Plaintiff-Appellee,

vs.

CHAD DURAN and JONNAVEN MONALIM,
Respondents/Defendants-Appellants,

and

MILES KIMHAN, Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000117; CIV. NO. 09-1-1606)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff-Appellee's Application for Writ of

Certiorari, filed on January 5, 2015, is hereby rejected.

DATED:  Honolulu, Hawai'i, February 17, 2015.

Gary G. Grimmer
and Ann C. Kemp
for petitioner

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

